STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2011-2431    ELIZABETH DIGIORGIO V MERS

Filing Date: 04-28-2011
Case Status: CLOSED DURING DISCOVERY

Case Type: DECLARATORY JUDGMENT
Status Date: 06-09-2011

Plaintiff: ELIZABETH DIGIORGIO
ID: @11376816
Attorney: GEORGE BABCOCK

Plaintiff: RAYMOND MORIN
ID: @11376817
Attorney: GEORGE BABCOCK

Defendant: MORTGAGE ELECTRONIC REGISTRATION S`
ID: @11376818

Defendant: CITIMORTGAGE INC
ID: @11376819

Defendant: FEDERAL NATIONAL MORTGAGE ASSOCIATI
ID: @11376820

## Scheduled Events

| Date | Event | Location | Judge |
|------|-------|----------|-------|

## Prior Events

| Date | Event | Location | Judge |
|------|-------|----------|-------|

## Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|-------------|----------|--------|---------------|

## Docket Entry Information

| Date | Description | Text |
|------|-------------|------|
| 04-28-2011 | COMPLAINT FILED | |
| 04-28-2011 | INITIAL FILING FEE | |
| 04-28-2011 | Payment Applied | A Payment of -$160.00 was made on receipt SCP352027. |
| 06-09-2011 | NOTICE OF REMOVAL | WITH THE FILING OF FEDERAL CASE # CA11-237, THIS MATTER IS REMOVED TO U.S. DISTRICT COURT OF RHODE ISLAND. |
| 06-09-2011 | OTH DOC FILED DURING DISCOV | |
| 06-09-2011 | CASE REMVD TO US DISTRICT CT | MATTER IS CLOSED IN PROVIDENCE SUPERIOR COURT. CERTIFIED COPIES OF COMPLETE FILE ARE HAND-DELIVERED TO EDWARDS ANGELL PALMER & DODGE LLP. |

True Copy Attest

*[signature]*

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island